**Electronically Filed
Supreme Court
SCPW-19-0000532
30-JUL-2019
04:04 PM**

SCPW-19-0000532

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

HAROLD TOMLIN HODGES, JR., Petitioner,

vs.

STATE OF HAWAIʻI, Respondent.

---

ORIGINAL PROCEEDING
(CASE NO. 2PC16-1-0422)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioner Harold Tomlin Hodges, Jr.'s motions for mandamus and other relief related to Case No. 2PC16-1-0422, which was filed on July 22, 2019, and which we construe as a petition for writ of mandamus, and the record, it appears that petitioner fails to demonstrate that he is entitled to extraordinary relief from this court and petitioner may seek relief in the circuit court, as appropriate.  See Kema v. Gaddis, 91 Hawaiʻi 200, 204-05, 982 P.2d 334, 338-39 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action).  Accordingly,

IT IS HEREBY ORDERED that the petition for writ of mandamus is denied.

IT IS HEREBY FURTHER ORDERED that the clerk of the appellate court shall process the petition for writ of mandamus without payment of the filing fee.

DATED: Honolulu, Hawaiʻi, July 30, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

